IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RUTH A. HOWARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARAVAN FACILITIES MANAGEMENT L.L.C. ,<br><br>　　　　　Defendant. | Case No.1:14-CV-00130-JTM-RBC |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, by counsel, and Defendant, by counsel, hereby stipulate and agree that the cause of action should be dismissed in its entirety with prejudice.  The parties further stipulate and agree that no motion for costs and/or attorneys' fees will be brought by Plaintiff or Defendant with regard to the claims now dismissed herein, as each party will bear its own fees and costs.


Respectfully submitted,                                                 Respectfully submitted,


/s/ Ilene M. Smith                                                           /s/ Jane Ann Himsel
Counsel for Plaintiff                                                       Counsel for Defendant
Christopher C. Myers, #10043-02                              Jane Ann Himsel, #15192-49
Ilene M. Smith, #22818-02                                          Emily L. Connor, #27402-49
Rachel Guin-Lowry, #31722-02                                 LITTLER MENDELSON, P.C.
CHIRSTOPHER C. MYERS & ASSOCIATES       111 Monument Circle, Suite 702
809 South Calhoun Street, Suite 400                       Indianapolis, IN 46204
Fort Wayne, IN 46802-2307                                       jhimsel@littler.com
cmyers@myers-law.com                                           econnor@littler.com
ismith@myers-law.com